FILED - USDC -NH
2025 NOV 13 PM12:16

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Travis Daley and Daley Energy LLC,
Plaintiffs,

v.

Ian Clark, Matthew Wegner, Relevate Power, LLC, Relevate Power Management LLC, and Dichotomy Power LLC,
Defendants.

Case No.: _____

COMPLAINT

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000 and is between citizens of different states. Alternatively, jurisdiction exists under 28 U.S.C. § 1331 because this action arises under federal law.

2. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in New Hampshire, and Plaintiffs reside in New Hampshire.

## II. PARTIES

3. Plaintiff Travis Daley is an individual residing in Piermont, New Hampshire.

4. Plaintiff Daley Energy LLC is a New Hampshire limited liability company owned and managed by Travis Daley.

5. Defendant Ian Clark is a co-founder of Relevate Power and a former CEO of Dichotomy Power. On information and belief, Defendant Clark resides in Ridgefield, Connecticut.

6. Defendant Matthew Wegner is a co-founder and the current Chief Executive Officer of Relevate Power. On information and belief, Defendant Wegner resides in Boulder, Colorado.

7. Defendant Relevate Power, LLC is believed to be a Delaware limited liability company with its principal office at 230 Park Avenue, Suite 447, New York, NY 10169. It is registered as a foreign limited liability company in New York (DOS ID 6771181, filed March 13, 2023).

8. Defendant Relevate Power Management LLC is a Delaware-organized limited liability

company registered as a foreign limited liability company in New York (DOS ID 5826666, filed September 2, 2020). Its principal business address is 418 Broadway, Suite R, Albany, NY 12207, and its registered agent for service of process is Registered Agents Inc.

9. Defendant Dichotomy Power LLC maintained offices at 230 Park Avenue, Suite 307, New York, NY 10017. The precise state of formation is not confirmed but is believed to be either Delaware or New York.

## III. STATEMENT OF FACTS

This action arises out of Defendants' breach of a written and oral agreement to provide Plaintiff Travis Daley and his company, Daley Energy LLC, with a one percent (1%) equity interest in the merged entity that became Relevate Power LLC, as compensation for engineering and automation services performed for Dichotomy Power LLC prior to and during its merger with Clear Energy Hydro LLC. Defendants later reneged on that promise, defamed Mr. Daley by falsely accusing him of hacking hydroelectric dams, and coerced the turnover of proprietary software developed by Daley Energy under duress.

10. Mr. Daley earned degrees in Civil and Environmental Technologies (A.S.) and Construction Management (B.S.) from Vermont Technical College, graduating in 2014.

11. In 2018, Mr. Daley, which acquired two hydroelectric projects in Piermont, New Hampshire—the Eastman Brook Project (FERC Project No. 6474, 100 kW) and the Celley Mill Project (FERC Project No. 7982, 140 kW).

12. Between 2018 and 2020, Daley Energy developed proprietary automation and remote-control software for small hydroelectric plants to replace outdated 1980s-era systems.

13. In May 2020, Ian Clark, then Chief Executive Officer of Dichotomy Power LLC, engaged Mr. Daley to provide automation and remote-control configuration services for Dichotomy's hydroelectric projects.

14. On December 1, 2020, Mr. Daley transitioned to full-time employment as Operations Manager with Dichotomy Power, at a reduced salary compared to his prior employment, based on promises of equity participation.

15. Mr. Daley was informed he could purchase a 25% interest in Standard Power, Inc., a company 75% owned by Dichotomy Power, and that his work would include building out the New York VDER program and managing operations at hydroelectric sites.

16. On August 5, 2021, Mr. Daley and Mr. Clark attended a patent consultation with Miller IP Law regarding Daley Energy's automation software. Mr. Clark agreed that Mr. Daley would retain ownership rights in his technology while permitting its use by Dichotomy.

17. On March 22, 2022, Mr. Clark emailed Mr. Daley confirming a grant of a 1% Restricted Stock Unit (RSU) interest in "MergCo," representing the merger of Dichotomy Power and Clear Energy Hydro LLC. Mr. Daley accepted the offer and continued his work.

18. On July 1, 2022, Mr. Daley's salary was increased to $100,000, consistent with the terms of the agreement.

19. The merger creating Relevate Power LLC occurred around March 2023. Based on financial models from Dichotomy Power, Mr. Daley's 1% equity was valued at approximately $585,260.

20. When Mr. Daley sought confirmation of his equity, Mr. Clark abruptly terminated discussions, deferring to Defendant Wegner.

21. Mr. Daley contacted Mr. Wegner, who denied any obligation and made hostile statements rejecting Mr. Daley's claim.

22. In June 2023, Attorney Brad Wilder of Montshire Law PLLC sent correspondence to Mr. Clark on behalf of Mr. Daley seeking resolution. Mr. Clark responded that his proposal applied to "MergCo" and claimed Dichotomy had been acquired by another entity, Elevate.

23. On August 9, 2023, Attorney Wilder sent a demand letter; Mr. Clark's counsel replied that the merger was an acquisition, not a merger, repudiating the equity commitment.

24. Relevate Power later appointed Mr. Daley as Operations Manager of Technology but continued to issue paychecks from Dichotomy Power.

25. On March 10, 2024, Mr. Daley resigned. Thereafter, Relevate failed to renew the software subscriptions used to operate its plants, which were licensed to Daley Energy.

26. Defendant Wegner subsequently accused Mr. Daley of "hacking" Relevate's dams and reported him to regulators, falsely suggesting criminal conduct.

27. On March 28, 2024, Kevin McCarthy of Relevate demanded turnover of the Stridelinx automation platform developed by Daley Energy.

28. On March 29, 2024, Mr. Daley reiterated that his equity issue remained unresolved. Mr. McCarthy replied by labeling him a "hostile actor" and accused him of holding infrastructure for ransom.

29. Following threats of personal liability made by Relevate's counsel, Mr. Daley, under duress, relinquished control of the software on April 5, 2024.

30. Plaintiffs have suffered financial losses, reputational harm, and emotional distress as a result of Defendants' actions.

## IV. CAUSES OF ACTION
### Count I – Breach of Contract

31. Defendants entered into a valid and enforceable agreement to grant Plaintiffs a one-percent (1%) equity interest in Relevate Power.

32. Plaintiffs performed all obligations, providing services and technology while accepting reduced compensation.

33. Defendants breached the agreement by failing to deliver the promised equity, causing damages exceeding $585,260.

### Count II – Promissory Estoppel

34. Defendants made clear promises that Plaintiffs relied upon to their detriment.

35. Plaintiffs' reliance was reasonable and foreseeable; Defendants' refusal to honor the promises caused substantial damages.

### Count III – Defamation

36. Defendants made false statements to third parties and federal regulators alleging that Mr. Daley was hacking hydroelectric facilities.

37. These statements were false, malicious, and caused significant reputational and professional harm.

## V. PRAYER FOR RELIEF
WHEREFORE, Plaintiffs respectfully request that this Court:

A. Award damages not less than $585,260, plus interest from the date of merger;
B. Order specific performance requiring transfer of Plaintiffs' equity interest;
C. Award compensatory and punitive damages for reputational and emotional harm;
D. Award attorney's fees, interest, and costs as permitted by law; and
E. Grant such other relief as the Court deems just and proper.

## VI. JURY DEMAND
Plaintiffs demand a trial by jury on all issues so triable.


Respectfully submitted,

Date: 11-7-2025

*Travis Daley*

Travis Daley
Daley Energy LLC
210 Route 10
Piermont, NH 03779
(802) 291-0839
Email: tdaley@daleyenergy.com

Plaintiff, Pro Se